IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-02049-LTB-MJW

JAMES N. LANGE, JR.,

      Plaintiff,

v.

GRAND JUNCTION POLICE DEPARTMENT,
MESA COUNTY SHERIFF'S DEPARTMENT,
MICHAEL CLEAR, in his individual capacity,
GLEN COYNE, in his individual capacity,
MICHAEL MILLER, in his individual capacity,
DEREK ROSALES, in his individual capacity,
ROBERT RUSSELL, in his individual capacity,
CRAIG TYER, in his individual capacity,
WAYNE WEYLER, in his individual capacity,
KEITH WILSON, in his individual capacity, and
OTHER UNNAMED OFFICERS OF THE CITY OF GRAND JUNCTION POLICE DEPARTMENT AND THE MESA COUNTY SHERIFF'S DEPARTMENT,

      Defendants.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiff's Unopposed Motion to File Amended Complaint (Doc 7 - filed January 20, 2009) is **GRANTED**. The tendered Amended Complaint is accepted for filing.


Dated: January 22, 2009
_____