**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02049-LTB-MJW

JAMES N. LANGE, JR.,

    Plaintiff,

v.

GRAND JUNCTION POLICE DEPARTMENT,
MESA COUNTY SHERIFF'S DEPARTMENT,
MICHAEL CLEAR, in his individual capacity,
GLEN COYNE, in his individual capacity,
MICHAEL MILLER, in his individual capacity,
DEREK ROSALES, in his individual capacity,
ROBERT RUSSELL, in his individual capacity,
CRAIG TYER, in his individual capacity,
WAYNE WEYLER, in his individual capacity,
KEITH WILSON, in his individual capacity, and
OTHER UNNAMED OFFICERS OF THE CITY OF GRAND JUNCTION POLICE DEPARTMENT AND THE MESA COUNTY SHERIFF'S DEPARTMENT,

    Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


    As a result of Defendants' Notices of Non-Opposition to Plaintiff's Motion to File Second Amended Complaint (Docs 23 and 25 - filed February 6, 2009), Plaintiff's Motion to File Second Amended Complaint (Doc 22 - filed February 5, 2009) is **GRANTED** and the tendered Second Amended Complaint is accepted for filing.



Dated:  February 9, 2009
_____