**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.**   08-cv-02049-LTB-MJW | FTR - Courtroom A-502 |
| **Date:**  May 12, 2009 | Courtroom Deputy, Ellen E. Miller |
| JAMES N. LANGE, JR.,<br>        Plaintiff(s), | Patricia S. Bangert  (by telephone) |
| v. | |
| STAN HILKEY,<br>GLEN COYNE,<br>BRANDI POWER,<br>DEREK ROSALES,  and<br>KEITH WILSON,<br>        Defendant(s). | Eric M. Ziporin    (by telephone)<br>Alan N. Hassler   (by telephone) |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:   **TELEPHONIC MOTIONS HEARING**
**Court in Session:**    10:30 a.m.
Court calls case.  Telephonic appearances of counsel.
The Court raises  Plaintiff's   Motion for Issuance of a Protective Order [Docket No. 60] and Defendants' Motion to Compel [Docket No. 71] and Plaintiff's Motion to Strike [Docket No. 72] for argument.

**It is ORDERED:**   Plaintiff's  MOTION FOR ISSUANCE OF A PROTECTIVE ORDER [Docket No. 60, Filed April 27, 2009] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.

**It is ORDERED:**   Defendants' MOTION TO COMPEL [Docket No. 71, Filed May 11, 2009] is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:**   Plaintiff's MOTION TO STRIKE [Docket No. 72, Filed May 11, 2009] is **DENIED** for reasons as set forth on the record.

**It is ORDERED:**   Parties shall produce answers to the written discovery as ordered **on or before   MAY 15, 2009.**

Hearing concluded.    **Court in recess:**   11:08   a.m.   Total In-Court Time 00:38

To order a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.