IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.   08-cv-02049-LTB-MJW

JAMES N. LANGE, JR.,

Plaintiff(s),

v.

CITY OF GRAND JUNCTION, COLORADO, et al.,

Defendant(s).

MINUTE ORDER

After hearing oral argument on May 12, 2009, it is hereby ORDERED That the Plaintiff's Motion for the Issuance of a Protective Order (DN 60) is GRANTING finding good cause shown.  The written protective order is APPROVED as amended in paragraphs 6, 8, 9, and 12 and is made an order of court.

Date:  May 12, 2009