**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-02049-LTB-MJW

JAMES N. LANGE, JR.,

        Plaintiff,

v.

STAN HILKEY, in his official capacity as Mesa County Sheriff,
GLEN COYNE, in his individual capacity,
BRANDI POWER, in her individual capacity,
KEITH WILSON, in his individual capacity,

        Defendants.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal of Defendant Stan Hilkey (Doc 84 - filed May 18, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Stan Hilkey,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED: May 19, 2009