IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.   08-cv-02049-LTB-MJW

JAMES N. LANGE, JR.,

Plaintiff(s),

v.

CITY OF GRAND JUNCTION, COLORADO, et al.,

Defendant(s).

MINUTE ORDER

Pursuant to Judge Babcock's Order, DN 85, filed with the Court on May 19, 2009, which dismisses with prejudice, Defendant Stan Hilkey, in this matter, it is hereby ORDERED that the Defendant Sheriff's Motion for Protective Order (docket no. 74), is DENIED AS MOOT.

Date:  May 19, 2009