**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02049-LTB-MJW

JAMES N. LANGE, JR.,

      Plaintiff,

v.

GLEN COYNE, in his individual capacity,
BRANDI POWER, in her individual capacity,
KEITH WILSON, in his individual capacity,

      Defendants.

_____

ORDER

_____

THIS MATTER having come before the Court on the Stipulation for Dismissal of Defendant Keith Wilson With Prejudice (Doc 88 - filed June 12, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Keith Wilson,** each party to pay their own fees and costs.

                                                   BY THE COURT:

                                                     s/Lewis T. Babcock
                                                   Lewis T. Babcock, Judge

DATED: June 15, 2009