**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-02049-LTB-MJW

JAMES N. LANGE, JR.,

       Plaintiff,

v.

GLEN COYNE, in his individual capacity,
BRANDI POWER, in her individual capacity,

       Defendants.
_____

## ORDER
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 101 - filed September 1, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Glen Coyne,** each party to pay their own fees and costs.  The matter shall continue against Defendant Power.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED: September 2, 2009