**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-02049-LTB-MJW

JAMES N. LANGE, JR.,

      Plaintiff,

v.

GLEN COYNE, in his individual capacity,
BRANDI POWER, in her individual capacity,

      Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

    As a result of the entry of the order dismissing Defendant Coyne (Doc 103), Defendant's Motion to Sever (Doc 94) is DENIED AS MOOT.

Dated:   September 3, 2009
_____