IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   08-cv-02049-LTB-MJW

JAMES N.  LANGE, JR.,

Plaintiff(s),

v.

CITY OF GRAND JUNCTION, COLORADO, et al

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion to Amend Scheduling Order Dispositive Motion Deadline (docket no. 106) is GRANTED.  The deadline to file dispositive motions is extended to December 16, 2009 for all parties.  The Rule 16 Scheduling Order is amended consistent with this minute order.

Date:   November 23, 2009