# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.**   08-cv-02049-LTB-MJW        FTR - Courtroom A-502

**Date:**  December 14, 2009                     Courtroom Deputy, Ellen E. Miller

JAMES N. LANGE, JR.,                              Patricia S. Bangert

    Plaintiff(s),

v.

BRANDI POWER,                                     Alan N. Hassler
                                                  M. Lyle Dechant
    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **MOTIONS HEARING**
**Court in Session:**   3:00 p.m.
Court calls case. Appearances of counsel.

The Court raises Plaintiff's Motion to Compel Testimony for argument.

Argument by Ms. Bangert. Response by Mr. Dechant. Reply by Ms. Bangert.

Mr. Hassler's objection regarding the disclosure of the personnel file is overruled.

**It is ORDERED:**   Defendant shall have to and including **DECEMBER 18, 2 009** within which to file the personnel file in question, pursuant to D.C.COLO.LCivR 7.2 and D.C.COLO.LCivR 7.3 . Defendant shall note on the coversheet any specific portion(s) for the Court's *in camera* review.

**It is ORDERED:**   Plaintiff's MOTION TO COMPEL TESTIMONY [Docket No. 107, Filed November 05, 2009] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.

Hearing concluded.
**Court in recess:**   3:30 p.m.
Total In-Court Time 00:30

To order a transcript of this proceedings, contact  Avery Woods  Reporting Service.
 (303) 825-6119      Toll Free  1-800-962-3345.    FAX (303) 893-8305       www.AveryWoods.net