UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: **08-cv-02049-LTB-MJW**

**JAMES N. LANGE, JR**
    Plaintiff,
v.

**BRANDI POWER,** in her individual capacity,
    Defendant.

---

ORDER ( Docket no 123 )

---

**THIS MATTER** having come before the Court on the Parties' Joint Motion for Amendment of Scheduling Order – Pretrial Order and Conference, and the Court being fully advised in the matter,

**IT IS HEREBY ORDERED** that the Pretrial Conference currently scheduled for January 19, 2010, is vacated and reset for April 1, 2010, at 8:30. Proposed Pretrial Order is due on March 26, 2010.

**DATED** this 4th day of January, 2010.

FOR THE COURT:

_____

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**