IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-02049-LTB-MJW

JAMES N. LANGE, JR.,

       Plaintiff,

v.

BRANDI POWER, in her individual capacity,

       Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiff's Motion to File Sur-Reply Regarding Defendant Power's Motion for Summary Judgment (Doc 136 - filed March 9, 2010) is DENIED.

Dated: March 10, 2010
_____