**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02049-LTB-MJW

JAMES N. LANGE, JR.,

    Plaintiff,

v.

BRANDI POWER, in her individual capacity,

    Defendant.
_____

**ORDER**
_____

    THIS MATTER having come before the Court on the Motion for Release of Original Documents (Doc 155), and the Court having entered an Order of Dismissal on October 4, 2010 (Doc 157), it is therefore

    ORDERED that the Motion for Release of Original Documents is GRANTED. The confidential personnel file of Deputy Michael Miller filed conventionally and placed under seal by the Court on December 18, 2009, is hereby released. The Clerk of the Court is directed to send the original documents to Defendant's counsel, Alan N. Hassler, c/o The Hassler Law Firm, P.C., 2829 North Avenue, Suite 205, P. O. Box 40386, Grand Junction, Colorado 81504.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED: October 4, 2010